FILED
2017 DEC 14 PM 4:37

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

BARBARA HATCH and
CHARLES HATCH,

    Plaintiffs,

vs.    CASE NO. 6:17-cv-2142-ORL-41-DCI

GEOVERA SPECIALTY INSURANCE
COMPANY,

    Defendant.
_____/

## NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT

The Defendant, GEOVERA SPECIALTY INSURANCE COMPANY ("GeoVera"), by and through the undersigned counsel, hereby files this, its Notice of Removal of the above-styled cause pursuant to 28 U.S.C. §1332 and 28 U.S.C. §1446 from the Circuit Court of the Eighteenth Judicial Circuit in and for Brevard County, Florida in which this action is pending, to the United States District Court, Middle District of Florida, Orlando Division, and in support of the removal would show the Court the following:

1.    This is an action brought by Plaintiffs against Defendant for an alleged breach of an insurance contract.

2.    Removal is appropriate under 28 U.S.C. §1332 because complete diversity of citizenship exists between the parties and because the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

3.    The Plaintiffs' Complaint, together with additional record evidence, establishes that this Court has subject matter jurisdiction over this matter.

4. The Plaintiffs filed this action in State Court as Case No. 05-2017-CA-033959-XXXX-XX with the Eighteenth Judicial Circuit Court of Brevard County, Florida on June 28, 2017. Defendant was served with the Complaint on July 25, 2017.

5. This Notice of Removal is timely filed within thirty days (30) of the Defendant's first knowledge that the case is one which is removable and within one year of the commencement of this action, pursuant to 28 U.S.C. §1446(b).

6. The Plaintiffs' Answers to Interrogatories and Response to Request for Production of Documents served on November 30, 2017 in Case No. 05-2017-CA-033959 in the Eighteenth Judicial Circuit in and for Brevard County, Florida establish that this Court has subject matter jurisdiction of this matter. *A copy of Plaintiffs' Answers to Interrogatories and Response to Request for Production of Documents is attached hereto as Exhibit A.*

7. Specifically, Plaintiffs referenced an estimate prepared by Mark Greene, dated 07/10/17, in response to Interrogatory Nos. 2, 3, 5, 7, 9, and 12 and produced an estimate totalling **$167,365.00**, in response to GeoVera's Request for Production for "damages and repairs necessary to restore the property to its pre-loss condition." *A copy of the Estimate prepared by Mark Green, dated 07/10/17 in the amount of $167, 365.00 is attached hereto as Exhibit B.*

8. Plaintiffs' estimate, dated 07/10/17, in the amount of $167,365.00, is well in excess of the Seventy-five Thousand Dollars and 00/100 cents ($75,000.00) amount in controversy threshold. *See U.S.C. § 1332* because complete diversity of citizenship exists between the parties and because the amount in controversy exceeds $75,000.00. As noted above, the amount in controversy, exclusive of interest and costs, exceeds $75,000.00 and thus, satisfies the jurisdictional requirements for diversity removal.

9. At the commencement of this action, at the time of the filing of this Notice of Removal, and at all times relevant hereto, Defendant, GeoVera is/was a California corporation with its principal place of business located in Fairfield, California.

10. Upon information and belief, Plaintiffs, Barbara Hatch and Charles Hatch, at all times material hereto possessed an asset, more specifically, a residential structure located in Rockledge, Brevard County, Florida.

11. This lawsuit arises out of alleged damage to property located at 1021 Green Road, Rockledge, Florida 32955.

12. In their Complaint, Plaintiffs allege that the subject property was damaged by water.

13. Plaintiffs' investigation revealed interior water damage throughout the dwelling. The total alleged water restoration repair costs for the subject property that forms the basis of Plaintiffs' Complaint are estimated by Plaintiffs to be $167,365.00. *See Affidavit of Joe Belton attached hereto as Exhibit "C."*

14. As noted above, the amount in controversy, exclusive of interest and costs, exceeds $75,000.00 and thus, satisfies the jurisdictional requirements for diversity removal.

15. A copy of this Notice will be timely filed with the Clerk of the Circuit Court of the Eighteenth Judicial Circuit in and for Brevard County, Florida.

16. The Defendant files with this Notice, true and correct copies of all pleadings filed in the above-named State Court action. The copies are attached to this notice.

17. Written notice of the Filing of this Notice of Removal on this date has been given to the Plaintiffs, Barbara Hatch and Charles Hatch, through their attorney of record, Matthew G.

300865050v1 1001679

Struble, Esquire and Stephanie G. Dimitrakis, Esquire, Struble, P.A., 101 Northeast Third Avenue, Suite 1110, Fort Lauderdale, Florida 33301.

18. The undersigned certifies that the Defendant, GeoVera, has consented to the removal of this action from the Eighteenth Judicial Circuit Court of Brevard County, Florida to the United States District Court, Middle District, Orlando Division.

19. The undersigned counsel is authorized by GeoVera to file this Notice of Removal, is licensed in the State of Florida, and is a member in good standing of the Bar of this Court.

WHEREFORE, GEOVERA SPECIALTY INSURANCE COMPANY, respectfully requests this Court remove this Brevard County action to this Court pursuant to the provisions of 28 U.S.C. § 1441.

*THIS SPACE INTENTIONALLY LEFT BLANK*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 13, 2017, a true and correct copy of the foregoing was sent via E-Mail to:

Matthew G. Struble, Esquire
Stephanie G. Dimitrakis, Esquire
STRUBLE, P.A.
101 Northeast Third Avenue, Suite 1110
Fort Lauderdale, FL 33301
mstruble@strublelawfirm.com
pleadings@strublelawfirm.com
*Attorneys for Plaintiffs*

HINSHAW & CULBERTSON LLP

_____
Kristina D. Marsh, Esquire
Florida Bar No. 0311080
kmarsh@hinshawlaw.com
100 South Ashley Drive, Suite 500
Tampa, FL 33602
Telephone: 813-276-1662
Facsimile: 813-276-1956
*Counsel for Defendant, GeoVera Specialty Insurance Company*

300865050v1 1001679